FILED BY _____ D.C.

05 JUN 13 AM 11: 19

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | | |
|---|---|---|
| **JUDY GLICK,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:05cv2286 |
| v. | ) | |
| | ) | |
| **PATRICIA G. MOORE and** | ) | |
| **CARLA M. KETCHUM,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING DEFAULT JUDGMENT

**Plaintiff**, Judy Glick, by and through Counsel, Stephen R. Leffler submitted motion for default judgment against Defendant Patricia G. Moore. As grounds, Plaintiff states that Defendant(s) has failed to answer / plead to complaint.

**Entry of Default** may be entered when party whom a judgment is sought has failed to plead or otherwise provided and fact is made to appear by affidavit or otherwise. FRCvP 55 (a).

**Default Judgment** is therefore **DENIED** as there has been no Entry of Default as to the Defendant(s).

Entered this 13th day of June, 2005.

ROBERT R. DI TROLIO
Clerk of Court

By: _Judy Easley_
Deputy Clerk

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on _6-13-05_

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02286 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT