UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ___ D.C.
05 JUL 21 AM 10: 45
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JUDY GLICK,

    Plaintiff,

VS.                                            No. 05-2286 D An

PATRICIA G. MOORE and
CARLA M. KETCHUM,

    Defendant.

### SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  August 15, 2005
    14 days after the 26(f) conference. If not made before the Rule 16(b) conference, then 14 days after the Rule 16(b) conference.

JOINING PARTIES:  For Plaintiff:  September 20, 2005

                    For Defendants:  October 20, 2005

AMENDING PLEADINGS:  For Plaintiff:  September 20, 2005

                    For Defendants:  October 20, 2005

COMPLETING ALL DISCOVERY: February 20, 2006

    (a)    DOCUMENT PRODUCTION, DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: February 20, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):   December 20, 2005

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: December 20, 2005

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: January 20, 2006

        (3)    EXPERT WITNESS DEPOSITIONS: February 20, 2006

FILING DISPOSITIVE MOTIONS: March 20, 2006

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

    For Plaintiff:   45 Days before trial

    For Defendant:   30 Days before trial

The parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

This case is set for jury trial, and the trial is expected to last two days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in

advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions except motions pursuant to FRCP 12, 56, 59 and 60 shall be accompanied by a proposed order and a certificate of consultation.

The parties are directed to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, if necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: July 20, 2005

Stephen R. Leffler    11038
Attorney for Plaintiff

Carol A.M. Hayden    12190
Attorney for Defendant, Patricia G. Moore

Randy Songstad
Attorney for Defendant, Carla M. Ketchum



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02286 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT