UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

RECEIVED
05 AUG 26 AM 9:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JUDY GLICK,

    Plaintiff,

VS.                                          No. 05-2286 D An

PATRICIA G. MOORE and
CARLA M. KETCHUM,

    Defendant.

### ORDER COMPELLING ALTERNATIVE DISPUTE RESOLUTION

This cause came on to be heard before the Court upon the motion filed by plaintiff, Judy Glick, to compel the parties to engage in alternative dispute resolution and upon the entire record in this cause.

It appears that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties to engage in alternative dispute resolution in any form mutually agreeable to the parties.

JUDGE

DATE: October 8, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02286 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT